Brandon Pierre July ADC# 210444
**Name and Prisoner/Booking Number**

ASPC Yuma, La Paz Unit
**Place of Confinement**

P.O. Box 8909
**Mailing Address**

Yuma, Az 85349
**City, State, Zip Code**

☒ FILED  ☐ LODGED

**Feb 03 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Brandon Pierre July,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Ryan Thornell, Ph.D. Director,
(Full Name of Defendant)

(2) ADW Williams,

(3) CO III Hottel,

(4) Facility Administrator Credio,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 3:24-cv-08224-SMB-MTM
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

"Jury Trial Demanded"

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: ASP Kingman-Cabat Unit, City of Kingman

6                                                     1

550/555

Attachment To page 1-A.

Defendant(s)

(5.) Le Roy, Roxanne, BSN, RN, DON
(6.) AFA Rydgren
(7.) Facility Administrator Jonny Choate
(8.) Regional Medical Director Sumi
(9.) C.O. III Holloway
(10.) Captain Bazurto, ADCRR Monitor
(11.) L.T. Wesley, ADCRR Monitor
(12.) A. Thrush, Nursing Director
(13.) R. Taylor, Director Medical
(14.) Warden Byrd, ADCRR Monitor
(15.) Joseph Yoney, G.E.O. Sgt.
(16.) Flores, V., G.E.O. Security Guard
(17.) Purden. L., Legal Access Monitor
(18.) Riedman, G.E.O. Security Guard
(19.) Cartwright L., G.E.O. AFA
(20.) Julie Bowers, Appeals Administrator
(21.) Jones, Edward, Medical Director
(22.) Martin, Elizabeth, C.O. IV G.E.O.
(23.) Dr. Richardson, MD
(24.) Newman, NP
(25.) Laura Palmer-Neete, RN CCHP-RN

## B. DEFENDANTS

1. Name of first Defendant: Ryan Thornell, Ph.D. Director. The first Defendant is employed as: The Director Over All ADCRR Prisons (Position and Title) at Central Office (Institution).

2. Name of second Defendant: ADW Williams. The second Defendant is employed as: as: The Assistant Deputy Warde (Position and Title) at Kingman, Cerbat Unit (Institution).

3. Name of third Defendant: C.O. III Hotkel. The third Defendant is employed as: The C.O. III Monitor For A.O.C.RR (Position and Title) at Kingman, Cerbat Unit (Institution).

4. Name of fourth Defendant: Facility Administrator Credio The fourth Defendant is employed as: The Facility Administrator (Position and Title) at Florence West (Institution).

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes  ☐ No

2. If yes, how many lawsuits have you filed? 2. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Brandon Pierre July v. Correctional Health Services
      2. Court and case number: Maricopa County Superior Court Case# CV2021002734
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Was dismissed due to lack of Service on 8-18-2021.

   b. Second prior lawsuit:
      1. Parties: Brandon Pierre July v. Paul Penzone, M.C.S.O, Phoenix P.D., & DCS
      2. Court and case number: Maricopa County Superior Court, case# CV2021002285
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Was granted Default Judgement and removed from the U.S. District Court.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

Attachment To page 2-B.

B. Defendants

5. Name of the fifth Defendant LeRoy, Roxanne, BSN, RN, DON. The fifth Defendant as: The Director of Medical at the Florence West Institution.

6. Name of the sixth Defendant AFA Rydgren. The sixth Defendant position and title is as the Medical Director at the Florence West Institution.

7. Name of the seventh Defendant Facility Administrator Jonny Choate. The seventh Defendant position and title is as the Facility Administrator at the Florence West Institution.

8. Name of the eighth Defendant Regional Medical Director Sumi. The eighth Defendant position and title is as the Regional Medical Director at the Kingman, Cerbat Medical facility.

9. Name of the ninth Defendant C.O. III Holloway. The ninth Defendant position and title is as the C.O. III at the Kingman, Cerbat Institution.

10. Name of the Tenth Defendant Captain Bazurto. The Tenth Defendant position and title is as the ADCRR Monitor and Captain at the Kingman Cerbat Institution.

11. Name of the eleventh Defendant L.T. Wesley. The eleventh Defendant position and title is as the ADCRR Monitor and L.T. at the Kingman Cerbat Institution.

12. Name of the twelfth Defendant A. Thrush. The twelfth Defendant position and title is as the Medical Director of Nursing at the Kingman, Cerbat Institution.

13. Name of the thirteenth Defendant R. Taylor. The thirteenth Defendant position and title is as the Medical Director at the Kingman, Cerbat Institution.

14. Name of the fourteenth Defendant Warden Byrd. The fourteenth Defendant position and title is as the A.D.C.RR Monitor and Warden at the Kingman, Cerbat Institution.

Attachment To page 2-B.

## B. Defendants

15. Name of the fifteenth Defendant Joseph Yoney. The fifteenth Defendant position and title is as the G.E.O's Sgt. at the Kingman, Cerbat Institution.

16. Name of the sixteenth Defendant Flores, V. The sixteenth Defendant position and title is as the G.E.O's security Guard at the Kingman, Cerbat Institution.

17. Name of the seventeenth Defendant Purden, L. The seventeenth Defendant position and title is as the A.D.C.R.R.'s Legal Access Monitor at the Central Office.

18. Name of the eighteenth Defendant Riedman. The Defendant position and title is as the mail room G.E.O's security Guard.

19. Name of the nineteenth Defendant Cartwright, L. The nineteenth Defendant position and title is as the Assistant Facility Administrator at the Kingman, Cerbat Institution.

20. Name of the twentieth Defendant Julie Bowers. The twentieth Defendant position and title is as the Grievance Appeals Administrator at the Kingman, Cerbat; Central Office Institution.

21. Name of the twenty first Defendant Jones, Edward. The twenty first Defendant position and title is as the Medical Director at the Kingman, Cerbat Medical Facility.

22. Name of the twenty second Defendant Martin, Elizabeth. The twenty second Defendant position and title is as the G.E.O's C.O.IV Grievance Coordinator at the Kingman, Cerbat Institution.

23. Name of the twenty third Defendant Dr. Richardson. The twenty third Defendant position and title is as the Medical Dr. at the Kingman, Cerbat Facility.

Attachment To page 2-B

B. Defendants

24. Name of the twenty fourth Defendant Newman. The twenty fourth Defendant position and title is as the nurse practitioner/Provider for inmates at the Kingman, Cerbat Medical Facility.

25. Name of the twenty fifth Defendant Laura Palmer-Neebe. The twenty fifth Defendant position and title is as the Nursing Administrator at the Kingman, Cerbat Medical Facility.

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: My Eigth Amendment was violated which deprived the Plaintiff of this right and caused damages of Pain & Suffering

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 2-16-2024 I inmate July was transfered over to Kingman, Cerbat Institution. Once their I inmate July place multiple HNR's into Medical. Once seen for my HNR's request medical care of a treatment plan to help manage pain from 2 auto accidents that took place in the year of 2019. I was denied treatment care by the Defendent Newman. Once denied of a treatment plan by this provider newman I inmate July then went and spoke to the facility administrator M. Hart. The F.A M. Hart went and spoke with Provider Newman and stated that she needs to get a treatment plan for me. Since this incident I have placed multiple HNR's into Medical their at Kingman, Cerbat Medical requesting to receive accomodations to my injuries. I have place multiple grievances into the Grievance Coordinator Martin, Elizabeth. I have even spoken to the following defendents of A.D.W Williams, C.O. III Hatler, Facility Administrator Credio Leroy, Roxanne, AFA Rydgren, Facility Administrator Denny Choate, C.O. III Holloway, Captain Boznecho, LT Wesly, A. Thrash, R. Taylor, Warden Dybol, Joseph Yonen, Gartrell. gbt L., Jones Edward, Dr. Richardson, Lance Palmer-Neale and many other Medical staff members. I have multiple proof as in inmate letter's HNR's, and Inmate Grievances since 2-16-2024 until currently stating multiple issues that will show the deliberate indifference to my medical need. I have even had my wife email Ryan Thornell about all the issue I have been having with this indiffence to my medical needs.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I am currently still have not recieved the recommend treatment care plan, so that I can end up having my second surgery done. I have back pain and spasms every day due to my medical needs being ignored and or denied. The pain and spasms stop me from doing normal activities. I have even missed meals do to the pain and no ADA accomodations

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

3

**COUNT II**

1. State the constitutional or other federal civil right that was violated: My First and Sixth Amendment rights was violated which deprived the Plaintiff of this right and his privileges.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☒ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 5-9-2024 Mail room G.E.O. Security Guard Riedman called me to a tooled window for my legal mail from my attorney. When I arrived she had already had my package of legal documents out the box and turned face up on the desk on the other side of the window. She started flipping through my documents 1 by 1. She then started removing documents from my case file. She removed a total of 26 pages from my legal mail my attorney sent me regarding my case. I filed an informal complaint to the mail room Sgt. I even spoke to AFA Rydarich, Cartwright L., Warden Byrd, Captain Bazurto, Joseph Yoncy, C.O. III Holloway, Riedman about this issue. This G.E.O. Security Guard Riedman even photo copied a front cover hand that to me along with the documents she scaned over and removed 26 pages and kept the legal box my documents came in and said I am not allowed to have the box as well. Then on 5-20-2024 while being uncuffed by Captain Bazurto the Mail room G.E.O. Security Guard Riedman attempted to remove documents again from my legal mail case files. She was stoped by Captain Bazurto told she can't do that. Once done captain Bazurto told me to step out closed the door and spoke with Riedman. I also spoke to Warden Byrd and Facility Administrator Jonny Choate about this violation to my First and Sixth Amendments. I placed Grievances on this issue. These issues was seen and replied by the following persons of Julie Bowers, Ryan Thornell and Pruden, L.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I was injured by this security guard viewing and removing protected information to which I have yet to be given back which hendering me from review of those documents. Also injured me by making me feel not protected with sensitive information. Now I am tramatize to have any legal mail being sent to me by any attorneys.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: My First Amendment right was violated which deprived Plaintiff of this right. Further more restricted Plaintiff from privileges

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 5-13-2024 I inmate July placed approximately 5 or 6 grievances in on this day to the C.O. III Reade at 8:30am. At approximately 12:00pm on 5-14-2024 I was told I was being place on report by C.O. IV Martin, Elizabeth for vexatious grievances. I then spoke to Captain Bazarto about being placed on report by C.O. IV Martin, Elizabeth. She told me she Captain Bazarto will go find out what was going on. On 5-14-24 I was called to the conference room the following staff was in the room Captain Bazarto, APA Byonn, C.O.IV Martin, ADA Cartwright, L.T. Wesley, C.O.III Huttle and Warden Byrd was on the phone. I was told I need to stop writing so many grievances and threaten that if I continue to write them, then next time ADA Cartwright would back her on having that charge pushed through. Then on 6-10-2024 C.O.IV Martin, Elizabeth attempted to write me up for vexatious grievances. This disciplinary report was dismissed due to the evidence she presented did not meet the standards. So then on 06-03-2024 I inmate July was targeted during a bunk search and was written up for 11B-Gambling to which was changed to a 115C Nuisance Contraband and The discipline Hearing officer McCarty, David mark the disposition as informal resolution. Also C.O.IV Martin, Elizabeth then start unprocessing my inmate July's grievances as a retaliatory action. I inmate July have written multiple grievances for retaliation in this unit.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   The way I inmate July was injured was by not being notified for video visits on multiple occasions. The staff members their kept trying to place me on report for no reason and would ask the Captain Bazarto to certain things I did was ticket able, harrassed and targeted. Restricted on different privileges and was scared that one of the staff members was going to either plant something or harm me.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

### E. REQUEST FOR RELIEF

State the relief you are seeking:

The type of relief I inmate July am seeking is as such. I inmate July am seeking monetary damages in the amount of 50 million dollars. I inmate July am seeking an investigation into Kingman Cerbat Unit., I am seeking an injuction on A.D.C.R.R so that these type of violations are exposed and that they policies are changed to protect inmates from these violations I inmate July am seeking a order of protect due to the possibility of retaliation on the parts of Defendent's or other members of A.D.C.R.R. I inmate July am seeking a court order to force A.D.C.R.R to accommodate my disibilities and to complete any and all recommended treatment from outside specialist.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2-2-2025
             DATE                                    SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6